Welfare of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MANUFACTURERS NATIONAL BANK OF TROY, a National Banking Corporation, Respondent, v. LAURA MCDONALD STALLO ROSPIGLIOSI and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSE ARACIL, Appellant, v. MONTGOMERY WARD & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSE ARACIL, Appellant, v. MONTGOMERY WARD & COMPANY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: GRAF BROS., INC., Appellant, v. WALTER BOWER, Also Known as WALTER BAUER, Respondent.— Order modified by eliminating the right of the judgment debtor to purge himself of contempt by testifying, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin and Townley, JJ., dissent and vote for affirmance.

JEAN BROILLETT, Respondent, v. ANN ROSE FROCKS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MONRO-KING & GREMMELS REALTY CORPORATION, Respondent, v. 9 AVENUE-31 STREET CORPORATION and Others, Defendants, Impleaded with TURNER CONSTRUCTION COMPANY and Fifteen Other Lienor Defendants, Appellants, and CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK and SEARS, ROEBUCK & CO., Respondants, SAMUEL LAX, Receiver, Respondent.— Order affirmed, with ten dollars costs end disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GENEVIEVE F. LASETTE, Appellant, v. JOHN F. LASETTE, Respondent.— Order modified by directing the defendant to pay arrears of alimony and a counsel fee for trying a contested case, and matter remitted to Special Term to fix said counsel fee, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SOPHIE MICHAEL, Appellant, v. SHIRLEY MICHAEL, as Administratrix, etc., Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL FASSLER, as Superintendent of Buildings of the Borough of Manhattan, Appellant, v. DAVID LIND, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of DAVID LIND, Respondent, for a Peremptory Mandamus Order against SAMUEL FASSLER, Superintendent of Buildings of the